IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDAL GORDON ET AL. | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 20-2688 |
| BECHTEL CORPORATION, ET AL. | : | |

**ORDER**

**AND NOW**, this __3rd__ day of March 2021, upon consideration of Defendant Siemens Energy, Inc.'s Motion to Transfer Venue (ECF No. 20), Defendants Bechtel Corporation, Bechtel Power Corporation, Bechtel Infrastructure and Power Construction Services, Inc., Matthew Tanner, Panda Hummel Station LLC, Panda Hummel Station O&M LLC, Panda Power Generation Infrastructure Fund, LLC, Panda Power Generation Infrastructure Fund A, LP, and Panda Power Fund II B, LP's Motion for Joinder (ECF No. 21), and all documents submitted in support thereof, and in opposition thereto, it is **ORDERED** as follows:

1. Defendants' Motion for Joinder (ECF No. 21) is **GRANTED**;
2. Defendants' Motion to Transfer Venue (ECF No. 20) is **DENIED**.

**IT IS SO ORDERED**.

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**